MARIO R. LENDOS
Fed. Reg. No. 13334-026
FCI OAKDALE (SMU)
P.O. BOX 5050
OAKDALE, LA 71463

In Propria Persona

**RECEIVED**

JUL 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIO R. LENDOS,
    Petitioner,

vs.

ATTORNEY GENERAL et al,
    Respondent.

    *     Civ. No. 1:07-cv-1898
    *
    *
    *     PETITIONER'S REQUEST
    *     FOR AN EXTENSION OF
    *     TIME TO WITHDRAW
    *     OR AMEND HIS PETITION

Comes now, Petitioner, <u>Mario R. Lendos,</u> In propria persona, to respectfully request an extension of time to withdraw or amend his Habeas Corpus petition, pursuant to the Rules Governing Habeas Corpus Petitions, and the Rules of Civil Procedure.

Petitioner is requesting an extension of time from the present due date of July 25, 2008, based upon a riot that occured at FCI Big Spring, and Petitioner's subsequent transfer to FCI Oakdale into a "maximum security" housing unit, without his legal papers, and only weekly access to requested case law and research.

This motion is based on the files and records of this case, the attached declaration of Petitioner, Mario R. Lendos, and any such hearing on the matter this Honorable Court deems appropriate in the protection of Petitioner's Constitutional rights as a Pro Se, and indigent prisoner.

Wherefore, Petitioner is respectfully requesting that this Honorable court grant him an extention of time in order to withdraw or amend his Habeas Corpus petition.

In the alternative, Petitioner requests any other relief this court deems appropriate in the protection of his Constitutional Rights.

Respectfully Submitted,

Date: June-30-2008

Mario Lendos.

Mario R. Lendos
Fed. Reg. No. 13334-026
FCI Oakdale (SMU)
P.O. Box 5050
Oakdale, LA 71463

3.

MARIO R. LENDOS
Fed. Reg. No. 13334-026
FCI Oakdale (SMU)
P.O. Box 5050
Oakdale, LA-71463

In Propria Persona

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIO R. LENDOS,                    *    Civ. No. 1:07-cv-1898
        Petitioner,                 *
                                    *
    vs.                             *
                                    *    DECLARATION OF:
ATTORNEY GENERAL et al,             *    MARIO R. LENDOS
        Respondent.                 *
                                    *
_____    *

    I, Mario R. Lendos, do hereby declare
as follows:


    1. That I am the Petitioner in the
above entitled cause and action.


4.

2. That I am over the age of 21 years.

3. That I have personal Knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

4. That this is my first Request For An Extension of Time, in the above entitled cause and action.

5. That on or about June 23, 2008, I received a document entitled Notice of Electronic Filing (See Attachment A). Although the document is dated May 28, 2008, the delay in my receipt is due to my transfer from FCI Big Spring to the "maximum security" unit here at FCI Oakdale. And due to the fact that I am in a maximum security lockdown unit, I was unable to send this Honorable court my change of address, for lack of my legal papers, and for lack of a legal law library here at the Special Management Unit (SMU) FCI Oakdale. And due to my security classification, all my mail must be thoroughly screened.

6. That on or about December 9, 2007, there was a riot at FCI Big Spring, where approximately 200 convicted sex offenders were beaten or ran

5.

off the yard by the other inmates. In the aftermath, approximately 650 of the other inmates were transferred to various other prisons throughout the greater United States.

7. That on December 12, 2007, I arrived at FCI Oakdale. Were I was immediately placed in a 23 hour a day lockdown unit, with approximately 120 other inmates from FCI Big Spring.

8. That because of the "emergency" nature of my tranfer, and my present status as a "holdover" inmate, awaiting redesignation and transfer to another prison. All of my legal papers, notes and case citations in support of my moving papers are in storage, and I am unable to access them until I am transferred to my designated institution.

9. That because of the "emergency" nature of my transfer, FCI Oakdale officials were unable to secure a "complete" inmate law library until February 19, 2008, because of the obvious health and safety concerns of 120 inmates took priority over its implementation.

10. That at present, the inmate law library consists of a rolling cart with various "outdated" program statements, "outdated" Habeas Corpus General Practice Books, Civil Procedures Book, and the Constitutional Rights of Prisoners Book, 7th Edition. Including, a typewriter that is completely "broken".

11. That at present, the inmate law library does not have the Federal Reporter's 3rd Ed., The United State's Codes, The Supreme Court Reporter's, or the Shepard's citators. FCI Oakdale, in order to allow research of this nature, provides for the inmates to submit a request to staff for cases and shepardizing. These requests generally take about two weeks to a month to respond to.

12. That this request for an Extension of Time to Withdraw or Amend my Habeas Petition, is "not" meant to waste this Honorable court's precious judicial resources. I honestly need this additional time to properly research and draft my pleadings for the court. I am a lay person in the law, and I am proceeding <u>Pro se</u>. I am indigent,

and I simply cannot comply with a properly researched and pleaded answer to Judge Ricardo M. Urbina's <u>Order</u> dated May 28, 2008.

I, declare under penalty of perjury under the laws of the United States of America and Pursuant to Title 28 U.S.C. Section 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: <u>June-30-2008</u>

Mario R. Lendos
Fed. Reg. No. 13334-026
FCI Oakdale (SMU)
P.O. Box 5050
Oakdale, LA 71463

8.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mario R. Lendos<br>Petitioner,<br><br>v.<br><br>Attorney General et al,<br>Respondent. | No. 1:07-cv-1898<br><br>Certificate of<br>Service |

I, Mario R. Lendos, hereby certify under penalty of perjury that a true and correct photocopy of the foregoing: Petitioner's Request For Extention of Time to Withdraw or Amend His Petition, was placed in the FCI Oakdale (SMU) Mail Receptical, first class postage and fees prepaid, on this 14 day of July, 2008, addressed to:

U.S. District Court For the District of Columbia, Clerk of Court, 333 Constitution Ave., N.W., Washington, DC 20001.

in accordance with 28 USC-Sec. 1746.

Mario R. Lendos
Fed. Reg. No. 13334-024
P.O. Box 5050 (SMU)
Oakdale, LA 71463

9.

EXHIBIT
"A"



DCD_ECFNotice@dcd.uscou
rts.gov

05/28/2008 10:49 AM

To  DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject  Activity in Case 1:07-cv-01898-RMU LENDOS v.
ATTORNEY GENERAL et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 5/28/2008 at 10:49 AM and filed on 5/28/2008
**Case Name:**           LENDOS v. ATTORNEY GENERAL et al
**Case Number:**         1:07-cv-1898
**Filer:**
**Document Number:**     3

**Docket Text:**
**ORDER notifying the petitioner of the court's intent to characterize his claims as
being brought pursuant to 28 USC 2255 and providing him the opportunity to
withdraw or amend his petition on or before July 25, 2008. (Amended Pleadings
due by 7/25/2008.). Signed by Judge Ricardo M. Urbina on 5/28/2008.**

**1:07-cv-1898 Notice has been electronically mailed to:**

**1:07-cv-1898 Notice will be delivered by other means to::**

MARIO R. LENDOS
R 13334-026
BIG SPRING
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
1900 SIMLER AVE

BIG SPRING, TX 79720

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\URBINA\ECF Documents\lendos -- notice 2255.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/28/2008] [FileNumber=1805778-0]
[819289bb7f72a7af9f24f814297f48e3c35fca85232db4bac43bf57bbd5e43b6b50f
19d9a81c8050e8754d9769c5e4894533a41c1f92df09fb945e81c58708fe]]

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

NIXIE        799      SC   1        75    05/07/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 20001289999        *0593-05140-07-40

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Maria R. Lorcas
Reg # 13334.026
Federal Connection Institution
P.O. Box 5000
Oakdale, LA 71463