MARIO R. LENDOS
Fed. Reg. No-13334-026
FCI OAKDALE (SMU)
P.O. BOX 5050
OAKDALE, LA 71463

**RECEIVED**
AUG 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN PROPRIA PERSONA.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIO R. LENDOS,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | CASE NO: 1:07-CV-1898 RMU<br><br>PETITIONER'S SECOND REQUEST<br>FOR AN EXTENSION OF TIME<br>TO WITHDRAW OR AMEND HIS<br>HABEAS CORPUS PETITION. |

Comes now, Petitioner, Mario R. Lendos, In Propria Persona, to respectfully request a "Second Extension of Time To Withdraw or Amend His Habeas Corpus Petition." pursuant to the Rules Governing Title 28 U.S.C. Section 2255; Habeas Corpus, and the Rules of Civil Procedure.

Petitioner is requesting a 45 day Extension of Time from the present due date of August 31, 2008, up to and including October 15, 2008, based upon a riot that occured at FCI Big Spring, and Petitioner's subsequent transfer to FCI Oakdale into a Maximum Security Housing Unit, without his legal papers, and only weekly access to requested case law and research.

This motion is based on the files and records of this case, the attached Declaration of Petitioner, Mario R. Lendos, and any such hearing on the matter this Honorable Court deems appropriate in the protection of Petitioner's Constitutional Right's as a Pro Se., and Indigent prisoner.

Wherefore, Petitioner is respectfully requesting that this Honorable Court grant him a 45 day Extension of Time, up to and including October 15, 2008, to Withdraw or Amend his Habeas Corpus Petition. In the alternative, Petitioner requests any other relief this court deems appropriate in the protection of his Constitutional Rights.

Dated: 8-18-08

Respectfully Submitted,

_Mario R. Lendos_
Mario R. Lendos

2.

Mario R. Lendos
Fed. Reg. NO: 13334-026
FCI OAKDALE (SMU)
P.O. BOX 5050
OAKDALE, LA 71463

IN PROPRIA PERSONA.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIO R. LENDOS,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | CASE NO: 1:07-cv-1898<br><br>DECLARATION OF:<br>MARIO R. LENDOS |

I, <u>Mario R Lendos</u>, do hereby declare as follows:

1. That I am the Petitioner in the above entitled cause and action.

2. That I am over the age of 21 years.

3.

3. That I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

4. That this is my second request For An Extension of Time in the above entitled cause and action.

5. That on or about August 1, 2008, I received a document entitled and dated July 22, 2008 as: Minute Order Granting Motion For Extension of Time to File. Altough the Document was dated July 22, 2008, the delay in receipt was due to the fact that such document was sent to FCI Big Spring, and I am at FCI Oakdale, and also, due to my maximum security lockdown status, to which all mail must be thoroughly screened.

6. That on or about December 9, 2007, there was a riot at FCI Big Spring, where approximately 200 convicted sex offenders were beaten or ran off the yard by the other prisoners. In the aftermath, approximately 650 of the other prisoners were transferred to various other prisons throughout the greater United States.

7. That on or about December 12, 2007, I arrived at FCI Oakdale. I was immediately placed in a 23 hour a day lockdown unit, with approximately 120 other prisoners from FCI Big Spring.

4.

8. That because of the emergency nature of my transfer, and my present status as a Holdover inmate, awaiting redesignation and transfer to another prison, all of my legal papers, notes and case citations in support of my moving papers are in storage, and I am unable to access them until I am transferred to my designated institution.

9. That this request for a 45 day extension of time to withdraw or amend is not meant to waste this Honorable Court's precious judicial resources. I honestly need this additional time to properly research and draft my pleadings for the court. I am a layperson in the law, and I am proceeding Pro Se, I am indigent, and I simply cannot comply with a properly researched and pleaded brief within the court's time limit.

10. That I have been diligent in requesting for my legal papers to the staff here at FCI Oakdale, but my request's have all been denied. And I will not have possession of such legal papers, until I have arrived to my designated institution. As per staff's answers to my many requests for property and legal paperwork.

5.

I declare under penalty of perjury under the laws of the United States of America and Pursuant to Title 28 U.S.C. Section 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 8-18-08

*Mario R. Lendos*

Mario R Lendos
Fed. Reg. No. 13334-026
FCI Oakdale (SMU)
P.O. Box 5050
Oakdale, LA 71463

